United States District Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KNIGHT SPECIALTY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:24-cv-342 |
| QUALITY DRYWALL & SERVICE, LTD., | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the court's memorandum opinion and order, Dkt. 24, entered in this case granting the plaintiff's motion for summary judgment, Dkt. 15, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 14th day of July, 2025.

_____

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE