UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

KNIGHT SPECIALTY                     §
INSURANCE COMPANY                    §
                                     §
    Plaintiff,                       §
                                     §
v.                                   §        Civil Action No. 3:24-cv-342
                                     §
QUALITY DRYWALL & SERVICE, LTD.      §
                                     §
    Defendant.                       §

## NOTICE OF APPEAL

**TO THE CLERK OF SAID COURT:**

COMES NOW QUALITY DRYWALL & SERVICE, LTD., Defendant in the above styled and referenced cause, and files this Notice of Appeal, showing as follows:

1.     This is an appeal from a Final Judgment (Doc. 25) signed by this Court on July 14, 2025.

2.     The Defendant desires to appeal the Final Judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted,

WALDRON & SCHNEIDER, PLLC

BY:     */s/ Richard A. Simmons*
        Richard A. Simmons
        State Bar No. 24003600
        15150 Middlebrook
        Houston, Texas   77058
        rsimmons@ws-law.com
        281/ 488-4438 Telephone
        281/488-4597 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all parties of record via the Court's CM/ECF system and/or via email in accordance with the Federal Rules of Civil Procedure on this the 11TH day of August, 2025.

/s/ *Richard A. Simmons*
RICHARD A. SIMMONS